ANNA DOWD, Appellant, *v.* CITY OF BUFFALO, Respondent.

Argued May 21, 1943; decided June 18, 1943.

*George M. Raikin* for appellant.

*Andrew P. Ronan, Corporation Counsel* (*Forbes F. Dougherty* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS, CONWAY and THACHER, JJ. Dissenting: LOUGHRAN and DESMOND, JJ.